| | | | |
|---|---|---|---|
| | AUSA:   Zachary Zurek | Telephone:  (313) 226-9100 | |
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent:   Eli Bowers | Telephone:  (313) 965-2323 | |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | | |
|---|---|---|
| United States of America | | Case: 2:26−mj−30363 |
| v. | | Assigned To : Unassigned |
| Peter Caleb-Anthony QAOUD | Case No. | Assign. Date : 6/15/2026 |
| | | Description: CMP USA V. SEALED (DJ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ February 12, 2026 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) and (e) | Production of child pornography and attempt. |
| 18 U.S.C. § 2252A(a)(2) | Receipt of child pornopgraphy. |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Eli Bowers, Special Agent-FBI
_____
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: _____ June 15, 2026 _____

_____
*Judge's signature*

City and state:  Detroit, Michigan

Hon. Kimberly G. Altman, United States Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR
## A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Eli Bowers, a Special Agent with the Federal Bureau of Investigation (FBI),

being duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I have been employed as a Special Agent of the Federal Bureau of

Investigation (FBI) since 2015 and am currently assigned to the FBI Detroit

Division. Prior to being employed by the FBI, I was employed as a Park Ranger

with the National Park Service for approximately six years, where my duties

included the enforcement and investigation of federal crimes. While employed by

the FBI, I have investigated numerous federal criminal violations related to child

exploitation and child pornography. I have received training in investigating

internet fraud, computer intrusions, and matters involving the online sexual

exploitation of children. I have gained experience through training at the FBI

Academy, post Academy training, and everyday work related to conducting these

types of investigations.

2.      I have received training in the area of child pornography and child

exploitation and, as part of my duties, I have observed and reviewed numerous

examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of

media, including computer media. Moreover, I am a federal law enforcement

1

officer who is engaged in enforcing criminal laws and I am authorized by law to request an arrest warrant.

3.      This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Peter Caleb-Anthony QAOUD for violations of 18 U.S.C. § 2251(a) and (e) (production of child pornography and attempt), 18 U.S.C. § 2252A(a)(2) (receipt of child pornography), and 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography).

4.      The statements contained in this affidavit are based in part on information provided by U.S. law enforcement officers, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from investigative sources of information, and my experience, training, and background as a Special Agent.

5.      This affidavit is submitted for the limited purpose of securing a complaint and an arrest warrant. I have not included every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that QAOUD committed the offenses listed above.

## PROBABLE CAUSE

6.      In May 2026, the Federal Bureau of Investigation received an online tip from an anonymous complainant which alleged an individual, identified by first

2

name Peter, date of birth **/**/1996 (the full date of birth was provided but is being redacted for the purpose of this affidavit), and email address q******@gmail.com, was threatening and blackmailing people on Snapchat, including minors under the age of 18.

7. The anonymous complainant submitted the following text to the FBI: *"This man has been blackmailing multiple woman online through discord and VRchat communities with nudes, threatening their families, children and other horrible things to get what he wants, some are most likely underage and he has threatened underage people."*

8. Upon receiving the anonymous complaint, FBI personnel began querying various databases, including one managed by the National Center for Missing & Exploited Children (NCMEC). A query of the provided email address, q******@gmail.com, revealed a Cybertip that Instagram, Inc., had submitted to NCMEC in February 2026.

9. On February 13, 2026, Instagram, Inc., provided chats and media exchanged between an Instagram user which utilized email address q******@gmail.com, and USERNAME-1. Instagram also provided NCMEC with information related to another Instagram user who identified themselves as 16 years old in their user profile, hereinafter Minor Victim 1 (MV-1). In May 2026, the FBI was able to confirm the identity of MV-1 as a minor female living outside the state

3

of Michigan.

10.    The following is a conversation which took place between the subject and MV-1 on February 12, 2026:

USERNAME-1 – *God my balls are so full rn*

MV-1 – *Maybe I could take a small video rn*

MV-1 – *If you want*

USERNAME-1 – *Ofc I do*

USERNAME-1 – *Pls*

USERNAME-1 – *I crave you*

USERNAME-1 – *Can you call*

MV-1 – *I cant right yet but what kind of video do you want*

USERNAME-1 – *Ass spread*

USERNAME-1 – *Or pussy play*

USERNAME-1 – *Prefer ass spread*

MV-1 – *[shares media content]*

USERNAME-1 – *[Liked a message]*

USERNAME-1 – *Fuck..*

USERNAME-1 – *Ahhh I cant rewatxh it*

USERNAME-1 – *Fuck ur so sexy*

USERNAME-1 – *I wanna rui your tight little holes fuck [three heart*

4

*emojis]*

*MV-1 - [shares media content]*

*[...]*

USERNAME-1 – *Fuuuuuck*

USERNAME-1 – *I wanna breed that tight little pink pussy*

*[...]*

USERNAME-1 – *I wanna cuuuuum*

USERNAME-1 – *[Started an audio call]*

11.   In May 2026, I was provided the media files originally submitted to NCMEC by Instagram. The following is a summary of the media files provided by Instagram:

a. A 23-second video of a girl wearing a sweatshirt and pajama pants. The girl pulls down her pants to expose her anus and vagina to the camera.

b. A 25-second video which depicts a close-up view of a girl's vagina while she masturbates.

12.   Based on my training, experience, and review of the videos above, the videos clearly meet the federal definition of child pornography.

13.   Along with the content of the chat provided above, Instagram provided a phone number ending in -0328, attributed to USERNAME-1 along with the known

5

email address of q\*\*\*\*\*\*@gmail.com.

14.     In May 2026, the FBI received responses from Verizon and Comcast pursuant to administrative subpoenas. According to the information received from Verizon, the network for the phone number ending in -0328 is managed by Verizon Wireless, while Comcast manages the account's billing information.

15.     Comcast records show that the name of the subscriber for the account is QAOUD's residence in Westland, Michigan. A search of Michigan Secretary of State records revealed that Peter Qaoud has a Michigan identification card attributed to the same residence.

16.     Instagram also provided Global Positioning System (GPS) coordinates to NCMEC for the most recent location information for USERNAME-1, which were from January 22, 2026. The coordinates were entered into an open-source mapping program and revealed a location of QAOUD's residence.

17.     In June 2026, pursuant to an administrative subpoena, Google provided subscriber information for the q\*\*\*\*\*\*@gmail.com email address which was the email originally provided in the Cybertipline report by Instagram. The name associated with the email address was "Peter Q," with the same phone number ending in -0328 which was also previously provided by Instagram.

18.     On June 2, 2026, Magistrate Judge Kimberly G. Altman authorized a search warrant for active geolocation ping data for the phone number believed to be

utilized by Peter Qaoud. The geolocation ping data received from the cellular provider showed the phone believed to be utilized by Peter Qaoud, to be in the area of his residence.

19.   I believe Peter QAOUD is the individual in violation of the aforementioned statutes based on the following:

a.   An anonymous complainant identified QAOUD as an individual involved in the online sexual exploitation of adults and children.

b.   A Cybertipline report filed by Instagram identified QAOUD by email address q******@gmail.com, and phone number ending in -0328, as a person involved in the sexual exploitation of a child. Text communications and media which meets the federal definition of child pornography were attached to the report.

c.   The Instagram account utilized by QAOUD to exploit MV-1 had a last known GPS location of QAOUD's residence.

d.   The email address provided in the NCMEC tip, which is a combination of QAOUD's last name and initials, utilized IP addresses assigned to QAOUD's residence.

e.   According to geolocation ping data, the phone number used to register the subject Instagram account is using a phone that is located at Quaod's residence.

7

## CONCLUSION

20.     Based on the foregoing, there is probable cause to believe that Peter Caleb-Anthony QAOUD violated 18 U.S.C. § 2251(a) and (e) (production of child pornography and attempt), 18 U.S.C. § 2252A(a)(2) (receipt of child pornography), and 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography).

Respectfully submitted,

Eli Bowers, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Honorable Kimberly G. Altman
United States Magistrate Judge

Date:     June 15, 2026

8